**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PP&M TOWING & RECOVERY, INC.,

Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendants.

NO. C10-1466 TEH

ORDER DENYING PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER

Plaintiff's papers in support of its application for a temporary restraining order neither argue nor demonstrate that Plaintiff will suffer irreparable injury if this matter cannot be heard on formal notice pursuant to Civil Local Rule 7-2(a).  Accordingly, Plaintiff's application for a temporary restraining order is DENIED.

The Court also DENIES Plaintiff's request for an order to show cause as to why a preliminary injunction should not issue.  If Plaintiff seeks preliminary injunctive relief, it may file a motion in compliance with the Civil Local Rules.

**IT IS SO ORDERED.**

Dated:   04/07/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT