IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PP&M TOWING & RECOVERY, INC.,

Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendants.

NO. C10-1466 TEH

ORDER DENYING PLAINTIFF'S SECOND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER SETTING BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

On April 7, 2010, this Court denied Plaintiff PP&M Towing & Recovery, Inc.'s first application for a temporary restraining order ("TRO"). PP&M filed a second application for a TRO on April 16, 2010, along with a motion for preliminary injunction noticed for hearing on May 24, 2010.

With good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing on PP&M's motion for preliminary injunction shall be advanced from May 24 to **May 3, 2010, at 10:00 AM.** Defendants shall file an opposition to this motion on or before **April 22, 2010,** and PP&M shall file a reply on or before **April 27, 2010.**

2. In light of the advancement of the hearing date on the motion for preliminary injunction, PP&M's second application for a TRO is DENIED. The Court does not find the balance of equities to require injunctive relief in the two-week period before the motion for preliminary injunction can be heard.

**IT IS SO ORDERED.**

Dated: 04/19/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT