DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
Deputy City Attorneys
City Hall, Room 234
#1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:      (415) 554-4674
Facsimile:      (415) 554-4699
E-Mail:         vince.chhabria@sfgov.org


Attorneys for Defendants
THE CITY AND COUNTY OF SAN FRANCISCO,
CALIFORNIA, et al.


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PP&M TOWING & RECOVERY, INC., a California Corporation,<br><br>     Plaintiff,<br><br>     vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, a subdivision of the State of California; and GEORGE GASCON, in his capacity as the Chief of Police of the City of San Francisco, California,; and DOES 1 THROUGH 20,<br><br>     Defendants. | Case No. CV 10 1466 TEH<br><br>**STIPULATED APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ~~[PROPOSED]~~ ORDER**<br><br>Hearing Date: July 26, 2010<br>Time:         1:30 p.m.<br>Place:        Before Judge Thelton E. Henderson<br>             450 Golden Gate Avenue<br>             Courtroom 12, 19th Floor<br>             San Francisco, CA<br><br>Trial Date:       None set |

1

2

**STIPULATED APPLICATION**
**TO CONTINUE CASE MANAGEMENT CONFERENCE**

3   After this Court denied plaintiff's motion for a preliminary injunction, plaintiff timely filed a

4   notice of appeal.  The parties believe the resources of the Court and the litigants should be conserved

5   by staying the proceedings until the preliminary injunction appeal has been resolved.  The parties

6   estimate that oral argument for the preliminary injunction appeal will be scheduled in Fall 2010.

7   Accordingly, the parties seek to continue the Initial Case Management Conference, presently

8   scheduled for July 26, 2010 at 1:30 p.m., to December 13, 2010 at 1:30 p.m., or some later date

9   convenient to the Court.

10   IT IS HEREBY STIPULATED BY THE PARTIES.

11   Dated:  May 27, 2010

12

13   By:_____s/*Vince Chhabria*_____
     VINCE CHHABRIA

14
     Attorneys for Defendants
15   THE CITY AND COUNTY OF SAN FRANCISCO
     CALIFORNIA, et al.

16

17   Dated:  May 27, 2010

18   By:____**s/*Christopher Ashworth*_____
     Christopher Ashworth, Esq.

19
     Attorneys for Plaintiff
20   PP&M TOWING & RECOVERY, INC.

21   **Pursuant to GO 45, the electronic signatory has
     obtained approval from this signatory.

22

23   **ORDER**

24   PURSUANT TO STIPULATION, IT IS SO ORDERED THAT the Initial Case Management

25   Conference is continued to  December 13, 2010 at 1:30 PM.

26   Dated:_____05/28/10_____   _____
                                   THE HONORABLE                NDERSON
27                                 United States Dist

28

n:\govlit\li2010\101151\00629538.doc

Judge Thelton E. Henderson