IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PP&M TOWING & RECOVERY, INC.,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

NO. C10-1466 TEH

ORDER RE: PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW

This matter comes before the Court on Plaintiff's counsel's motion to withdraw. The motion is scheduled for hearing on November 22, 2010, at 10:00 AM, and any opposition papers were therefore due on November 1, 2010. *See* Civ. L.R. 7-3(a). Defendants filed a statement of non-opposition, but no opposition was received from Plaintiff.

With good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff PP&M Towing & Recovery, Inc. shall appear at the November 22, 2010 hearing either through substitute counsel or by a corporate representative. Pursuant to Civil Local Rule 3-9(b), a corporation "may appear only through a member of the bar of this Court." Thus, if Plaintiff has not obtained substitute counsel by the hearing date and intends to pursue this case, the corporate representative must come prepared to inform the Court of the steps the company has taken and plans to take to locate substitute counsel, or present reasons why Plaintiff's counsel's motion to withdraw should not be granted despite Plaintiff's failure to file any timely opposition papers.

2. If Plaintiff does not make an appearance at the November 22, 2010 hearing either through substitute counsel or by a corporate representative, then this Court will dismiss this case for failure to prosecute.

3. Current counsel of record for Plaintiff, Christopher Ashworth of the Silicon Valley Law Group, shall send a copy of this order to Plaintiff via both electronic and United States mail and shall file a proof of service with this Court on or before **November 9, 2010.**

**IT IS SO ORDERED.**

Dated: 11/04/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2